# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 20, 2023

## NO. 03-23-00361-CV

**Reginald G. Turner, Sr., Appellant**

**v.**

**Ezella Mae Osborn, Appellee**

### APPEAL FROM COUNTY COURT AT LAW NO. 1 OF BELL COUNTY
### BEFORE JUSTICES BAKER, TRIANA AND SMITH
### DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE TRIANA

This is an appeal from the judgment signed by the trial court on June 5, 2023. Having reviewed the record, the Court holds that Reginald G. Turner, Sr. has not prosecuted his appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.